THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED ROTHERMEL, Respondent, *v.* THOMAS H. MURPHY, as Warden of Clinton Prison, Appellant.

(Argued May 18, 1936; decided May 26, 1936.)

618

*Fred Rothermel*, in person, for motion.

*John J. Bennett, Jr.*, Attorney-General (*Caleb Candee Brown, Jr.*, of counsel), opposed.

Motion denied.